No. 770. ELBRIDGE HANECY *v.* JAMES W. TAYLOR, TRUSTEE, ETC. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elbridge Hanecy pro se. Mr. Alvin H. Culver* for respondent.

---

No. 783. OLOF N. TEVANDER ET AL. *v.* ELEANOR M. RUYSDAEL. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Silas H. Strawn* and *Mr. Edward W. Everett* for petitioners. *Mr. Albert Fink* for respondent.

---

No. 785. SARAH BRESSLER *v.* MARY C. LUDWIG ET AL. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Vinton Pike* for petitioner. *Mr. H. C. Brome* for respondents.

---

No. 786. WESTERN UNION TELEGRAPH COMPANY *v.* MARY E. PRESTON. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. W. B. Linn* and *Mr. H. B. Gill* for petitioner. No appearance for respondent.

---

No. 792. ALBERT J. GALEN *v.* UNITED STATES. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles Donnelly, Mr. M. S. Gunn* and *Mr. William Wallace, Jr.,* for petitioner. *The Solicitor General* for the United States.